**GIBSON DUNN**

Theodore J. Boutrous Jr.
Partner
T: +1 213.229.7804
tboutrous@gibsondunn.com

December 1, 2025

**VIA ECF**

Hon. Valerie E. Caproni
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   *RealPage, Inc. v. Letitia James*, Case No. 1:25-cv-9847-VEC (S.D.N.Y.)

Dear Judge Caproni:

We represent Plaintiff RealPage, Inc. in the above-referenced matter. We write, with Defendant's consent, to propose a stipulated briefing schedule on RealPage's forthcoming motion for a preliminary injunction.

On November 26, 2025, RealPage filed a Complaint challenging New York General Business Law § 340-b as violating the First Amendment. RealPage promptly notified the New York Attorney General's Office of its Complaint and its intention to seek emergency injunctive relief enjoining the Statute's enforcement while the merits of its First Amendment challenge are litigated. Defendant agreed to set a stipulated briefing schedule and to stay enforcement of Section 340-b as against RealPage and its customers pending resolution of RealPage's preliminary injunction motion.

As set forth in the proposed stipulation attached as Exhibit A, the parties have agreed to the following briefing schedule:

RealPage shall file its motion for a preliminary injunction by December 5, 2025. Defendant shall file her response to RealPage's motion by January 5, 2026. RealPage shall file any reply by January 20, 2026. The parties respectfully request that the Court set a hearing on the motion as soon thereafter as is convenient for the Court.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Theodore J. Boutrous Jr.*
Theodore J. Boutrous Jr.

Cc: All counsel of record (via ECF)

**Gibson, Dunn & Crutcher LLP**
200 Park Avenue  |  New York, NY 10166-0193  |  T: 212.351.4000  |  F: 212.351.4035  |  gibsondunn.com