UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REALPAGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> LETITIA JAMES, in her official capacity as the Attorney General of the State of New York, <br><br> Defendant. | Case No. 1:25-cv-9847-VEC <br><br> ORAL ARGUMENT REQUESTED |

**NOTICE OF MOTION FOR PRELIMINARY INJUNCTION**

PLEASE TAKE NOTICE THAT upon the accompanying memorandum of law dated December 5, 2025; the Declaration of Stephen Weissmann dated December 5, 2025; the Declaration of Michael Klurfeld dated December 5, 2025 and all exhibits attached thereto; the Declaration of Amy Dreyfuss dated December 5, 2025; the Declaration of Lorin Hitt dated December 5, 2025; and upon all prior proceedings herein, the undersigned, attorneys for Plaintiff RealPage, Inc., respectfully move this Court before the Honorable Valerie E. Caproni, United States District Judge, in Courtroom 20C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, at a time and date to be determined by the Court, for an order granting RealPage a preliminary injunction preventing Defendant Letitia James, in her official capacity as the Attorney General of the State of New York, and all those who may act in concert with her or at her direction, from enforcing New York General Business Law § 340-b in its entirety, or at minimum against RealPage and its customers, and for such other relief as the Court deems just and proper.

|  |  |
|---|---|
|  | Respectfully submitted, |
| December 5, 2025 | By: /s/ *Theodore J. Boutrous, Jr.* |

Theodore J. Boutrous Jr.
  tboutrous@gibsondunn.com
Jay P. Srinivasan (*pro hac vice pending*)
  jsrinivasan@gibsondunn.com
Bradley J. Hamburger (*pro hac vice*)
  bhamburger@gibsondunn.com
Alexander N. Harris (*pro hac vice pending*)
  aharris@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
  333 South Grand Ave.
  Los Angeles, CA  90071-3197
  Telephone:   213.229.7000

Connor S. Sullivan
  cssullivan@gibsondunn.com
Jacob U. Arber
  jarber@gibsondunn.com
Michael Klurfeld
  mklurfeld@gibsondunn.com
Iason Togias
  itogias@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
Telephone:   212.351.4000

*Attorneys for Plaintiff RealPage, Inc.*