UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REALPAGE, INC.,

                Plaintiff,

- against -

LETITIA JAMES, in her official capacity as the Attorney General of the State of New York,

                Defendant.

No. 25-cv-9847 (VEC)

**STIPULATION AND ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/29/2025

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for RealPage Inc. ("Plaintiff") and Letitia James, in her official capacity as Attorney General of the State of New York ("Defendant") in the above-captioned matter, as follows:

1. Defendant's consolidated motion to dismiss the Complaint and memorandum of law in opposition to Plaintiff's motion for a preliminary injunction shall be filed by January 9, 2026.

2. Plaintiff's consolidated memorandum of law in opposition to Defendant's motion to dismiss and reply memorandum of law in support of its motion for a preliminary injunction shall be filed by February 9, 2026.

3. Defendant's reply memorandum of law in support of its motion to dismiss shall be filed by February 27, 2026.

4. Defendant's consolidated motion to dismiss the Complaint and memorandum of law in opposition to Plaintiff's motion for a preliminary injunction, and Plaintiff's consolidated memorandum of law in opposition to Defendant's motion to dismiss and reply memorandum of law in support of its motion for a preliminary injunction, shall each be limited to 8,750 words, the word count limit for memoranda in support of and in response to a motion, as set forth in Local Civil Rule 7.1(c).

Dated:  December 23, 2025

| | |
|---|---|
| **GIBSON, DUNN & CRUTCHER LLP** <br> Counsel for Plaintiff RealPage, Inc. | **LETITIA JAMES** <br> New York State Attorney General |
| By: /s/ Connor S. Sullivan <br> Theodore J. Boutrous Jr. <br> tboutrous@gibsondunn.com <br> Jay P. Srinivasan <br> jsrinivasan@gibsondunn.com <br> Bradley J. Hamburger <br> bhamburger@gibsondunn.com <br> Alexander N. Harris <br> aharris@gibsondunn.com <br> 333 South Grand Ave. <br> Los Angeles, CA  90071-3197 <br> Telephone: 213.229.7000 <br><br> Connor S. Sullivan <br> cssullivan@gibsondunn.com <br> Jacob U. Arber <br> jarber@gibsondunn.com <br> Michael Klurfeld <br> mklurfeld@gibsondunn.com <br> Iason Togias <br> itogias@gibsondunn.com <br> 200 Park Avenue <br> New York, NY  10166-0193 <br> Telephone: 212.351.4000 | By: /s/ Yuval Rubinstein <br> Yuval Rubinstein <br> Special Litigation Counsel <br> Telephone: (212) 416-8673 <br> yuval.rubinstein@ag.ny.gov |

SO ORDERED.                       12/29/2025

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE