UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REALPAGE, INC.,<br><br>         Plaintiff,<br><br>  - against -<br><br>LETITIA JAMES, in her official capacity as the Attorney General of the State of New York,<br><br>         Defendant. | Case No. 25-cv-9847-VEC<br><br>**NOTICE OF MOTION** |

  **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss the Complaint, dated January 9, 2026, and all other prior pleadings and proceedings herein, Defendant Letitia James, in her official capacity as New York State Attorney General, hereby moves this Court before the Honorable Valerie E. Caproni, United States District Judge, at the United States District Courthouse, 40 Foley Square, New York, New York, 10007, for an Order dismissing, with prejudice, the Complaint (ECF No. 1) pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rule of Civil Procedure, and for such further relief as this Court deems just and proper.

  **PLEASE TAKE FURTHER NOTICE** that Plaintiff's opposition shall by filed by February 9, 2026 and Defendant's reply shall be filed by February 27, 2026.

Dated: January 9, 2026
       New York, New York

                                      Respectfully submitted,

                                      LETITIA JAMES
                                      Attorney General
                                      State of New York
                                      By:

                                      __/s/_____
                                      Yuval Rubinstein
                                      Special Litigation Counsel
                                      28 Liberty Street
                                      New York, New York 10005
                                      (212) 416-8673
                                      yuval.rubinstein@ag.ny.gov

TO:    All Counsel of Record (Via ECF)