UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

REALPAGE, INC.,

                              Plaintiff,

       - against -

LETITIA JAMES, in her official capacity as the Attorney General of the State of New York,

                             Defendant.

Case No. 25-cv-9847-VEC

---

### DECLARATION OF YUVAL RUBINSTEIN IN OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

**YUVAL RUBINSTEIN**, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am a Special Litigation Counsel in the Office of the New York State Attorney General, and attorney for Defendant LETITIA JAMES, in her official capacity as New York State Attorney General, in the above-captioned action.

2. I submit this declaration in opposition to Plaintiff RealPage, Inc.'s ("Plaintiff") motion for a preliminary injunction for the limited purpose of providing the Court with the attached documents, cited in Defendant's Memorandum of Law in Support of Her Motion to Dismiss and in Opposition to Plaintiff's Motion for a Preliminary Injunction, of which this Court may properly take judicial notice pursuant to Fed. R. Evid. 201.

3. A true and correct copy of the article by Heather Vogell, *Rent Going Up? One Company's Algorithm Could be Why*, PROPUBLICA (Oct. 15, 2022), available at https://www.propublica.org/article/yieldstar-rent-increase-realpage-rent, is annexed hereto as Exhibit A.

1

4.	A true and correct copy of the article by Heather Vogell, *Department of Justice Opens Investigation Into Real Estate Tech Company Accused of Collusion with Landlords*, PROPUBLICA (Nov. 23, 2022), available at https://www.propublica.org/article/yieldstar-realpage-rent-doj-investigation-antitrust, is annexed hereto as Exhibit B.

5.	A true and correct copy of the Second Amended Consolidated Class Action Complaint dated September 7, 2023 in *Goldman, et al. v. RealPage Inc., et al.*, No. 3:23-md-03071 (M.D. Tenn.) is annexed hereto as Exhibit C.

6.	A true and correct copy of the Amended Complaint dated January 7, 2025 in *United States et al. v. RealPage Inc., et al.*, No. 25-cv-710 (M.D.N.C.) is annexed hereto as Exhibit D.

Dated:	January 9, 2026
	New York, New York

_____
YUVAL RUBINSTEIN