

**Office of the New York State Attorney General**

**Letitia James Attorney General**

January 28, 2026

**By ECF**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

  Re: *RealPage, Inc. v. James*, SDNY No. 25-cv-9847 (VEC)

Dear Judge Caproni:

  This Office represents defendant Letitia James, in her official capacity as New York State Attorney General ("Defendant"), in the above-captioned action. On December 2, 2025, the Court scheduled an Initial Pretrial Conference for February 13, 2026, and ordered the parties to submit a Joint Letter as well as a Civil Case Management Plan ("CCMP") and Scheduling Order by February 5, 2026. ECF No. 15. Plaintiff RealPage, Inc. ("Plaintiff") filed a motion for a preliminary injunction on December 5, 2025. ECF No. 19. Defendant filed her opposition to Plaintiff's motion on January 9, 2026, and Defendant concurrently filed a cross-motion to dismiss the Complaint. ECF No. 39.

  I write, with the consent of Plaintiff's counsel, to respectfully request an adjournment of the February 13 conference, as well as the February 5 deadline to submit the Joint Letter and CCMP, pending the Court's decision on each party's motion. Defendant respectfully submits that an adjournment will conserve the resources of the Court as well as the parties. This is the first request for an adjournment of the Initial Pretrial Conference. We thank the Court for its consideration of this request.

            Respectfully submitted,

            /s/_____
            Yuval Rubinstein
            Special Litigation Counsel
            (212) 416-8673
            yuval.rubinstein@ag.ny.gov

cc: All Counsel of Record (via ECF)