UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REALPAGE, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>LETITIA JAMES, in her official capacity as the Attorney General of the State of New York,<br><br>      Defendant. | Case No. 1:25-cv-9847-VEC |

**SUPPLEMENTAL DECLARATION OF MICHAEL KLURFELD IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND IN FURTHER SUPPORT OF PLAINTIFF REALPAGE, INC.'S MOTION FOR A PRELIMINARY INJUNCTION**

  I, Michael Klurfeld, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

  1.  I am a member of the bar of this Court and an associate at the law firm of Gibson, Dunn, & Crutcher LLP, counsel for Plaintiff RealPage, Inc. in this matter. I submit this supplemental declaration in further support of RealPage's Motion for a Preliminary Injunction.

  2.  Attached as **Exhibit 1** is a true and correct copy of a letter from the Apartment Trade Society of New York to the Assistant Counsel to the Governor (July 15, 2025), as included in Bill Jacket, S.7882, 2025 Leg., Reg. Sess. (N.Y. June 10, 2025).

  3.  Attached as **Exhibit 2** is a true and correct copy of Berkeley Ordinance No. 7,956-N.S., which was adopted by the Berkeley City Council as Berkeley Municipal Code Chapter 13.63 on March 25, 2025.

  4.  Attached as **Exhibit 3** is a true and correct copy of Berkeley Ordinance No. 7,992-N.S., which amends Berkeley Municipal Code Chapter 13.63 and was adopted by the Berkeley City Council on December 5, 2025.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 9, 2026, in New York, New York.

s/ *Michael Klurfeld*  
Michael Klurfeld
