UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REALPAGE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LETITIA JAMES, in her official capacity as the Attorney General of the State of New York,<br><br>Defendant. | Case No. 1:25-cv-9847-VEC |

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Iason Togias, Plaintiff RealPage, Inc. will move this Court for an Order allowing Iason Togias to withdraw as counsel for Plaintiff. In support of such notice and in conformance with Local Rule 1.4 of the United States District Courts for the Southern and Eastern District of New York, undersigned counsel states the following: As of October 9, 2026, I will no longer be associated with the law firm of Gibson, Dunn & Crutcher LLP. Gibson, Dunn & Crutcher LLP continues to be counsel of record in this matter.

Dated: October 7, 2024

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: *s/ Iason Togias*
Iason Togias

200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
itogias@gibsondunn.com

*Attorneys for Plaintiff RealPage, Inc.*