UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REALPAGE, INC.,

Plaintiff,

- against -

LETITIA JAMES, in her official capacity as the Attorney General of the State of New York,

Defendant.

Case No. 25-cv-9847-VEC

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendant's Motion for Reconsideration, dated October 13, 2026, and all other prior pleadings and proceedings herein, Defendant Letitia James, in her official capacity as New York State Attorney General, hereby moves this Court before the Honorable Valerie E. Caproni, United States District Judge, at the United States District Courthouse, 500 Pearl Street, New York, New York, 10007, for an Order granting reconsideration of the Court's September 29, 2026 Order pursuant to Local Civil Rule 6.3, to the extent the Order granted Plaintiff's motion for a preliminary injunction as to Section 3, as codified in N.Y. Gen. Bus. Law § 340-b(3), vacate the preliminary injunction, together with such other and further relief as the Court deems just and proper.

Dated: October 13, 2026
New York, New York

Respectfully submitted,

LETITIA JAMES
Attorney General
State of New York
By:

_/s/____________________
Yuval Rubinstein
Special Litigation Counsel
28 Liberty Street
New York, New York 10005
(212) 416-8673
yuval.rubinstein@ag.ny.gov

TO: All Counsel of Record (Via ECF)